Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C.
and Sling TV L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> VANEET SHARMA and ASTRO VASTU SOLUTIONS LLC, <br><br> Defendants. | Case No. 3:24-cv-00961 <br><br> **PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

1. <u>Conflicts</u>. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date there are no conflicts to report.

2. <u>Interested Entities or Persons</u>. Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including, but not limited to parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   a. DISH Network L.L.C. (Plaintiff and wholly-owned subsidiary of DISH DBS Corporation);

   b. DISH DBS Corporation (parent corporation of Plaintiff DISH Network L.L.C. and wholly-owned subsidiary of DISH Orbital Corporation);

c. DISH Orbital Corporation (parent corporation of DISH DBS Corporation and wholly-owned subsidiary of DISH Network Corporation);

d. DISH Network Corporation (parent corporation of DISH Orbital Corporation and wholly-owned subsidiary of EchoStar Corporation);

e. EchoStar Corporation (NASDAQ: SATS) (parent corporation of DISH Network Corporartion);

f. The Vanguard Group (owner of 10% or more of the shares of EchoStar Corporation);

g. BlackRock, Inc. (NYSE: BLK) (owner of 10% or more of the shares of EchoStar Corporation);

h. Sling TV L.L.C. (Plaintiff and wholly-owned subsidiary of Sling TV Holding L.L.C.);

i. Sling TV Holding L.L.C. (parent corporation of Plaintiff Sling TV L.L.C. and owned by Plaintiff DISH Network L.L.C. and DISH Technologies L.L.C.);

j. DISH Technologies L.L.C. (indirect wholly-owned subsidiary of DISH DBS Corporation and DISH Network Corporation);

k. Hagan Noll & Boyle LLC – Timothy Frank (counsel for Plaintiffs).

Dated: February 19, 2024            Respectfully submitted,

*/s/ Timothy M. Frank*
Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.