1  Timothy M. Frank (California Bar No. 263245)
   timothy.frank@hnbllc.com
2  HAGAN NOLL & BOYLE LLC
   820 Gessner, Suite 940
3  Houston, Texas 77024
   Telephone: (713) 343-0478
4  Facsimile: (713) 758-0146

5
   Attorney for Plaintiffs DISH Network L.L.C.
6  and Sling TV L.L.C.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 | DISH NETWORK L.L.C. and
   | SLING TV L.L.C.,                    Case No. 3:24-cv-00961-JSC
12 |
   |         Plaintiffs,                 **DECLARATION OF GWENDOLYN**
13 |                                     **ARGUELLO**
   |    v.
14 |
   | VANEET SHARMA and
15 | ASTRO VASTU SOLUTIONS LLC,
16 |
   |         Defendants.
17

18        I, Gwendolyn Arguello, of Aurora, Colorado declare as follow:

19        1.      I make this declaration based on personal knowledge and, if called upon to testify,

20 would testify competently as stated herein.

21        2.      I am the founder and chief investigator at Lynx Investigations LLC ("Lynx"). Lynx

22 was established in November 2018 and has been providing investigative services since its inception.

23 Prior to that time, and since 2015, I was employed as an intelligence analyst and claims investigator,

24 which included working for NagraStar LLC where I acquired substantial experience investigating

25 matters involving pay-television piracy.

26        3.      Lynx was tasked by NagraStar LLC to purchase the internet streaming television

27 service referred to as Sharma IPTV (the "Service") from Defendant Vaneet Sharma. I reviewed the

28 report that corresponds with this purchase of the Service in preparing this declaration and relevant

portions of that report are attached as <u>Exhibit 1</u>. Redactions were made to the report to protect the alias that was used in making the undercover purchase. The purchase records and communications contained in the report are true and correct copies of the originals. The report is referred to herein by the page number that appears in the lower right corner of each page.

4. On October 23, 2023, Lynx purchased a set-top box and 3-month subscription to the Service using PayPal for $130 (plus $5.00 in fees for a total of $135). (Ex. 1 at 3, 5, 8, 13-18.) The seller of the Service, who identified himself as Vaneet Sharma, directed Lynx to submit payment under PayPal's "Friends and Family" option so that he could avoid paying additional fees. (*Id.* at 15.) Sharma also directed Lynx to not "write Sharma IPTV or IPTV anywhere" when sending payment and to instead reference a "3 month warranty." (*Id.* at 15, 18.) The recipient of the PayPal payment was "astro vastu solutions llc," having the email address vaneetsharma@vastuexpertusa.com. (*Id.* at 3, 8, 18.)

5. On October 24, 2023, Lynx received an email from PayPal stating the $135 payment that Lynx made for the Service was refunded. (*Id.* at 3, 5, 10.) Despite the refund, Lynx received a package containing the set-top box that was purchased in conjunction with the Service. (*Id.* at 3, 6.) The return address on the package identified the following information: Vaneet Sharma (Sharma IPTV), 500 E. Calaveras Blvd., Suite 200, Milpitas, CA 95035. (*Id.*)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2024.

*Gwendolyn Arguello*