# EXHIBIT 1





## Client Information

Bert Eichhorn
Director
Field Security & Investigations
NagraStar, LLC
███████████@nagrastar.com

## Subject Information

SHARMA TV
WhatsApp: 925-915-9739

## Case Information

**Case Type**: Security & Brand Protection
**Client**: NagraStar
**Client Case #**: 2023-0000150
**Record #**: 1674
**Lynx Inv. Case #**: 202309-1588
**Date of Report**: November 8, 2023

**Assignment Status**:
COMPLETED



## III.  Investigation Details

**October 19, 2023 – October 30, 2023**
The assigned case was received and reviewed. The investigator contacted the seller via WhatsApp at 925-915-9739 requesting additional information regarding the service mentioned on a flyer.

The seller stated that the device was $85 and that the 3-month service was $45. Additionally, the 1-year service was $150. The investigator selected the 3-month service with the device; at which time the seller confirmed the shipping details and mentioned that the package would ship from Danville Bay. Moreover, the seller provided the payment options of Zelle and PayPal.

The investigator selected the PayPal payment option and submitted the payment to the account with the email address: [vaneetsharma@vastuexpertusa.com](mailto:vaneetsharma@vastuexpertusa.com). It was noted that the payment recipient was "astro vastu solutions llc" with the phone number: 925-628-3334. Please refer to Appendix A for details regarding the purchasing process.

The seller confirmed the payment and provided the following list of services to choose from: Global, Spice, Smart, Zenga and Gold. The investigator selected Smart. Please refer to Appendix B for details regarding the conversation with the content provider.

The investigator noticed that the payment was refunded the next day without notice. Additionally, the package was received from the seller. It was noted that the sender was Vaneet Sharma (Sharma IPTV) located at 500 E Calaveras Blvd, Suite 200, Milpitas CA 95035. An image of the package was captured and included in Appendix A. Note: The package was not opened or tampered with. The package was mailed to RMB Consulting Inc. pursuant to the Client's request.

## IV.  Conclusion and Case Status

Lynx Investigations completed the objectives of the assignment. No recommendations are made at this time.  The case status is: closed.

## APPENDIX A: PURCHASING PROCESS

Image #1:



Image Description: Image of the transaction details provided by PayPal.

Image #2:



Image Description: Image of the confirmation that the payment was refunded.

Image #3:



Image Description: Image of the package received from the seller.

Image #4:



Image Description: Additional image of the package received from the seller.

 &lt;@gmail.com&gt;

**You sent a $135.00 USD payment**
1 message

**service@paypal.com** &lt;service@paypal.com&gt;                                                        Mon, Oct 23, 2023 at 5:12 PM
To: @gmail.com&gt;

Hello,



# You sent $135.00 USD to astro vastu solutions llc

YOUR NOTE TO astro vastu solutions llc

          3 month warranty           

## Transaction Details

| Transaction ID | Transaction date |
|---|---|
| 91F88893HC0183539 | October 23, 2023 |

| | |
|---|---|
| **Money sent** | $135.00 USD |
| Paid with: | |
| VISA | $135.00 USD |
| This transaction will appear on your statement as PAYPAL *AV SOLUTION | |
| **You paid** | $135.00 USD |
| **astro vastu solutions llc will receive** | $135.00 USD |

                                                                                                                8

  ████████@gmail.com>

### Refund from astro vastu solutions llc
1 message

**service@paypal.com** <service@paypal.com>                                     Tue, Oct 24, 2023 at 12:02 PM
To: ████████████@gmail.com>



Transaction ID: **2JP14799RK800662X**

# astro vastu solutions llc just sent you a refund

Dear ████████

astro vastu solutions llc just sent you a full refund of $135.00 USD for your purchase.

If you have any questions about this refund, please contact astro vastu solutions llc.

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

| Merchant information | Notes from merchant |
|---|---|
| astro vastu solutions llc | i think you sent to wrong account |
| vaneetsharma@vastuexpertusa.com | |
| http://www.vastuexpertusa.com | |
| 925-628-3334 | |

**Original transaction details**

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Purchase from astro vastu solutions llc | | | |
| | | Total: | $135.00 USD |
| | Refund to XXXX-XXXX-XXXX-████: | | $135.00 USD |

10





13



14



15







