# EXHIBIT 1

# GET SHARMA IPTV TODAY!



**ASTRO VASTU SOLUTION**
**Dr. Vaneet Sharma**
PhD (Astrology)
Certified Gemologist
Astrology & Vastu Consultant
+1 510.648.4899
www.vastuexpertusa.com
www.astrovastusolution.com
vaneetsharma@vastuexpertusa.com



## $15 Per month

- Over 10,000 Live Channels
- 30 Day Catchup TV
- Premium Indian Channels
- All USA/CAnada Content
- 24/7 Cricket Matches

- NO Monthly Fees
- NO Cable/Dish Needed
- Over 100,000 Movies on Demand
- Netflix/Disney+/Apple+/Prime
- PPV/NFL/NBA/MLB/NFL
- 24 Hour Trial Available
- Optional Set Top Box
- Reseller Panels Available

| PRICE LIST | |
|---|---|
| 1 Year | $150 |
| 2 Year | $250 |
| Monthly | $15 |
| IPTV Box | $100 |

**Contact Vaneet Sharma**
Tel: (925) 915-9739      iptvsharma@gmail.com

# EXHIBIT 2

# Connecting people in San Ramon, Dublin, Pleasanton, Livermore & Danville

**CABLE TV IPTV, ENTERTAINMENT**

# SHARMA IPTV

JANUARY 11, 2024 | SHARMAIPTV@PROTON.ME | LEAVE A COMMENT



Sharma IPTV has been the leading Indian TV channels providing IPTV box across the USA and Canada, acting as one of the major sources of entertainment for all the Indian Immigrants as well as the Indian TV channel lovers.

We believe in providing the best value for your money and thus, our sole purpose is to provide exceptional, yet affordable quality services and color your life canvas with the spangles of entertainment.

What makes us special and most sought IPTV service provider is our glitch-free services. Our data centers are strategically located in Danville and across the USA and Canada to bring the live streaming without any delay and freeze, which means now you enjoy the Live game real time in full HD channels.

 ▷ ✕



abc

If you have been watching your favorite shows through the local cable operator, then this is the time to pick something better and advanced. We guarantee that your television viewing experience will be revolutionized and you will eagerly look forward to going home from work and enjoy your favorite Indian TV shows with your family.

Visit http://www.sharmaiptv.com

## Related Posts:

- Room for Rent -Livermore- Furnished

## Other Related Posts

Gungun Kapoor total desi entertainment

Indian Jazz Fusion Concert 3/25 in Dublin

Desi Indian New Year Parties 2010

Indian movie theater scene warming up in bay area

Ashley Rec Leather Sofa Set, Entertainment Center-All $399



**Memorial Creole Apartments**

Charming renovated apartment homes nestled in the residential & prestigious Memorial area



# EXHIBIT 3



**LLC-1**   File # **201234810022**

# State of California
## Secretary of State

## Limited Liability Company
## Articles of Organization

**FILED**
Secretary of State
State of California

**DEC 0 4 2012**

**A $70.00 filing fee must accompany this form.**

| **Important – Read instructions before completing this form.** | This Space For Filing Use Only |

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1.  NAME OF LIMITED LIABILITY COMPANY
Astro Vastu Solutions LLC

**Purpose** (The following statement is required by statute and should not be altered.)

2.  THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3.  NAME OF INITIAL AGENT FOR SERVICE OF PROCESS
Vaneet Sharma

| 4.  IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3362 Hacienda Way | Antioch | CA | 94509 |

**Management** (Check only one)

5.  THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☐ MORE THAN ONE MANAGER

☑ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**Additional Information**

6.  ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**Execution**

7.  I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

12/03/2012
DATE

SIGNATURE OF ORGANIZER

Lynique Charles
TYPE OR PRINT NAME OF ORGANIZER

| LLC-1 (REV 04/2010) | APPROVED BY SECRETARY OF STATE |

# EXHIBIT 4

| | | |
|---|---|---|
| (Seal of the State of California) **Secretary of State** **Statement of Information** (Limited Liability Company) | **LLC-12** | 21-D66477 |

**FILED**

In the office of the Secretary of State
of the State of California

**JUL 20, 2021**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.)

ASTRO VASTU SOLUTIONS LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201234810022 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>3494 Camino Tassajara No 231 | Danville | CA | 94506 |
| b. Mailing Address of LLC, **if different than item 4a**<br>3494 Camino Tassajara No 231 | Danville | CA | 94506 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>3494 Camino Tassajara No 231 | Danville | CA | 94506 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Vaneet | | Sharma | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4975 Camino Tassajara | Danville | CA | 94506 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Vaneet | | Sharma | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4975 Camino Tassajara | Danville | CA | 94506 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Astrology and Vaastu Consultancy

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Vaneet | | Sharma | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4975 Camino Tassajara | Danville | CA | 94506 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/20/2021 | Vaneet Sharma | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be



BA20221154725



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20221154725

Date Filed: 11/21/2022

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | ASTRO VASTU SOLUTIONS LLC |
| Entity No. | 201234810022 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 4975 CAMINO TASSAJARA DANVILLE, CA 94506 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 4975 CAMINO TASSAJARA DANVILLE, CA 94506 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 4975 CAMINO TASSAJARA DANVILLE, CA 94506 |

| Manager(s) or Member(s) | |
| --- | --- |
| Manager or Member Name | Manager or Member Address |
| Vaneet Sharma | 4975 Camino Tassajara Danville, CA 94506 |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | VANEET SHARMA |
| Agent Address | 4975 CAMINO TASSAJARA DANVILLE, CA 94506 |

| Type of Business | |
| --- | --- |
| Type of Business | ASTROLOGY AND VAASTU CONSULTANCY |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

| Chief Executive Officer (CEO) | |
| --- | --- |
| CEO Name | CEO Address |
| Vaneet Sharma | 4975 Camino Tassajara Danville, CA 94506 |

| Labor Judgment |
| --- |
| No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. |

B1266-0524  11/21/2022  1:41 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Edward Younger*

_____
Signature

*11/21/2022*

_____
Date

B1266-0525 11/21/2022 1:41 PM Received by California Secretary of State

# EXHIBIT 5

## Important:

## ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Comprehensive Report

**Comprehensive Report**
**Date:** 08/15/2023
Reference ID: **NONE**

**Report Legend**
 - Deceased Person

Relatives

> - 1st Degree of Separation
>> - 2nd Degree of Separation
>>> - 3rd Degree of Separation

## Subject Information

(Best Information for Subject)

Name: VANEET N SHARMA (01/01/1998 to 06/02/2023)
Date of Birth: **XX/XX/1972**, Born **50 years ago**
SSN: XXX-XX-■■■■ issued in **CALIFORNIA** in **1987**

Other Individuals Observed with shared SSN:
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**Other Names Associated with Subject**
None found

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
(925) 753-1940 (PT) (LandLine) (88%)
(925) 628-3334 (PT) (Mobile) (86%)
(530) 365-3699 (PT) (LandLine) (66%)
(707) 643-8501 (PT) (LandLine) (66%)
(530) 527-7746 (PT) (LandLine) (40%)
(925) 692-3334 (PT) (LandLine) (3%)
(925) 692-3338 (PT) (LandLine) (3%)
(530) 526-9622 (PT) (Mobile) (3%)
(925) 753-1490 (PT) (LandLine) (3%)
(707) 644-9622 (PT) (LandLine) (3%)

## Indicators

Bankruptcies: No
Liens: **No**
Judgments: **No**
Properties: Yes
Corporate Affiliations: **Yes**
Criminal/Traffic: **No**
Global Watch Lists Match: **No**

**Email Addresses Associated with Subject**
vaneesha@sbcglobal.net (79%)
vaneeshausa@gmail.com (70%)
spatcher14@aol.com (40%)
ajoshi197267@yahoo.com (40%)

## Potential Subject Photos (None Found)

## Possible Criminal Records (None Found)

## Possible Employers (2 Found)

Business Name: **NVND INVESTMENT LLC (04/13/2012 to 04/04/2023)** [ View Business Record ]
Address: **4975 CAMINO TASSAJARA, DANVILLE, CA 94506 (CONTRA COSTA COUNTY)**

Business Name: **ASTRO VASTU SOLUTIONS LLC (12/21/2012 to 04/04/2023)** [ View Business Record ]
Phone: **(925) 753-1940 (PT) ASTRO VASTU SOLUTIONS LLC**
Address: **3494 CAMINO TASSAJARA # 231, DANVILLE, CA 94506 (CONTRA COSTA COUNTY)**

## Address Summary (12 Found)

4975 CAMINO TASSAJARA, DANVILLE, CA 94506-5905 (CONTRA COSTA COUNTY) (04/2004 to 08/15/2023)
41 SOLANO AVE, BAY POINT, CA 94565-1621 (CONTRA COSTA COUNTY) (04/2004 to 01/25/2023)
3494 CAMINO TASSAJARA, DANVILLE, CA 94506-4680 (CONTRA COSTA COUNTY) (05/2015 to 09/02/2022)
3362 HACIENDA WAY, ANTIOCH, CA 94509-5408 (CONTRA COSTA COUNTY) (05/01/2003 to 11/2021)
1201 FINLEY RD, PLEASANTON, CA 94588-9503 (ALAMEDA COUNTY) (03/12/2020 to 03/12/2020)
3440 S MARKET ST, REDDING, CA 96001-3840 (SHASTA COUNTY) (12/03/1999 to 01/07/2014)
315 25TH ST, RICHMOND, CA 94804-1770 (CONTRA COSTA COUNTY) (08/30/2012 to 08/30/2012)
3008 CHURCH ST, ANDERSON, CA 96007-3307 (SHASTA COUNTY) (01/03/2001 to 10/20/2004)
3008 CHURCH ST # 3010, ANDERSON, CA 96007-3307 (SHASTA COUNTY) (06/07/2002 to 04/22/2003)
471 ROBLES WAY, VALLEJO, CA 94591-8085 (SOLANO COUNTY) (01/1998 to 04/01/2003)
3626 GEORGIA ST, VALLEJO, CA 94591-5608 (SOLANO COUNTY) (01/05/2001 to 01/23/2003)
PO BOX 1514, ANDERSON, CA 96007-1514 (SHASTA COUNTY) (01/19/2001 to 08/01/2001)

## Address Details (12 Found)

**4975 CAMINO TASSAJARA, DANVILLE CA 94506-5905 (CONTRA COSTA COUNTY)** (04/2004 to 08/15/2023) [ Back to Summary ]
  Owner:
    **SHARMA VANEET LIVING TRUST**
  Purchase Date: **12/12/2022**
  Assessed Value: **$963,499**
  Living Square Feet: **1,364**
  Land Square Feet: **261,360**

**41 SOLANO AVE, BAY POINT CA 94565-1621 (CONTRA COSTA COUNTY)** (04/2004 to 01/25/2023) [ Back to Summary ]
  Address contains: **8 apartments**
  Owner:
    **SHARMA VANEET LIVING TRUST**
  Purchase Date: **12/12/2022**
  Assessed Value: **$797,160**
  Living Square Feet: **3,776**
  Land Square Feet: **16,400**

**3494 CAMINO TASSAJARA, DANVILLE CA 94506-4680 (CONTRA COSTA COUNTY)** (05/2015 to 09/02/2022) [ Back to Summary ]
  Current Commercial Phones at address
    **(925) 447-9390(PT) - G.A.WIRTH COMPANY, INC**
    **(925) 447-9398(PT) - G.A.WIRTH COMPANY, INC**
    **(925) 736-9880(PT) - PARCEL PLUS**
    **(925) 964-9346(PT) - POSTAL ANNEX OF DANVILLE**
    **(925) 208-4076(PT) - U-HAUL NEIGHBORHOOD DEALER**

**3362 HACIENDA WAY, ANTIOCH CA 94509-5408 (CONTRA COSTA COUNTY)** (05/01/2003 to 11/2021) [ Back to Summary ]
  Owners:
    **DIONICIO M GARCIA** [ View Person Record ]

# EXHIBIT 6

1/31/24, 10:25 AM

Sharma IPTV | Read Customer Reviews | Better Business Bureau


1/31/24, 10:25 AM



**Complaints**

# Sharma IPTV

IPTV Internet Protocol Television


Not BBB Accredited

**View Business profile** ＞

---

**Need to file a complaint?**
BBB is here to help. We'll guide you through the process.

**File a Complaint**

## Complaint Details

Note that complaint text that is displayed might not represent all complaints filed with BBB. See details.

---

**Complaint Type:**
Problems with Product/Service
**Status:**
Unanswered

 **Initial Complaint**
11/02/2023

I had subscribed to IPTV services , paid $710.00 for 3 years on March 16,2023. The box had issue and was not working properly so they asked us to ship it back to the above address. Per them they had received the box and would send a replacement . after a week I queried on the status . To which they will mail it. Two weeks pass and they still hadn't and when I asked about the delay their "support representative" said he was disconnecting services and would send a refund. I still haven't received the refund and they do not respond to any of my messages I am not sure how to proceed with this further.

*Some consumers may elect to not publish the details of their complaints, some complaints may not meet BBB's standards for publication, or BBB may display a portion of complaints when a high volume is received for a particular business.
↩

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

## BBB Rating & Accreditation


F

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited Businesses in this category

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

## Contact Information

📍 Milpitas, CA 95035-7707

## Complaints Summary

**2** total complaints in the last 3 years.

**2** complaints closed in the last 12 months.

---

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

© 2024, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

# EXHIBIT 7



**September 27, 2023**

**VIA CMRRR & EMAIL**

**Sharma IPTV**
Mr. Vaneet Sharma
4975 Camino Tassajara
Danville, CA
94506-4680
Email : IPTVsharma@gmail.com, vaneetsharma@vastuexpertusa.com
Case#: 5bfd4c8a

**Cease & Desist Notice re: Sharma IPTV Infringing Streaming Service**

Dear Mr. Sharma,

This letter is sent on behalf of DISH Network L.L.C. ("DISH") and NagraStar LLC ("NagraStar"). DISH provides television programming to millions of authorized, fee-paying subscribers in the United States via satellite and internet communications that are protected using security measures provided by companies such as NagraStar.

We are writing about your involvement in the operation of an infringing streaming service known as **Sharma IPTV** (the "Service"). NagraStar's testing of the Service, demonstrates that television programming originating from the internet communications of DISH has been retransmitted without authorization through your **Sharma IPTV** service.

DISH's internet transmissions of television programming, which include various copyrighted works (the "Programming"), are secured using digital rights management ("DRM") technologies that include, based on the subscriber's viewing platform, Google's Widevine DRM, Apple's FairPlay DRM, and Microsoft's PlayReady DRM. Each DRM has a key-based encryption and decryption process that is used to make the Programming accessible to only authorized DISH subscribers that purchased access to that Programming and restricts unauthorized access to, copying, and retransmission of the Programming. The DRMs implemented by DISH are circumvented to acquire the Programming that is retransmitted on the Service.

Your involvement in the operation of the Service violates federal law including the Digital Millennium Copyright Act, 17 U.S.C. § 1201 ("DMCA"). The DMCA prohibits circumvention of technological measures that control access to copyrighted works, such as the DRMs implemented by DISH and Sling that are circumvented to obtain the Programming that is retransmitted without authorization on the Service. Id. § 1201(a)23150(1). The DMCA also makes it unlawful to manufacture, offer to the public, provide, or traffic in any product or service that, as a whole or in terms of any component or part, is primarily designed or produced for circumventing a technological measure such as the DRMs implemented by DISH and Sling, or has only limited commercially significant purpose or use other than to circumvent the DRMs. Id. § 1201(a)(2). You violate this provision of the DMCA through your involvement in operating the Service because at

least part of the Service is designed, produced, and has no purpose or use other than to circumvent the DRMs that protect the Programming. The DMCA authorizes the recovery of significant statutory damages, including up to $2,500 for each instance that you provided access to the Service. Id. § 1203(c)(3)(A).

*See, e.g., DISH Network L.L.C. v. Galindo*, No. 3:21-cv-00218, Doc. 19 (S.D. Tex. June 9, 2022) (entering judgment against persons involved in operating the Nitro TV streaming service and awarding damages of more than $100 million upon finding violations of federal law, including DMCA violations based on circumvention of the DRMs); *EchoStar Satellite L.L.C. v. Global Techs., Inc.*, No. 07-cv-05897-JZ-PLA, Doc. 279 (C.D. Cal.) (granting summary judgment and awarding DISH and NagraStar more than $626 million for violations of the DMCA, calculated at $2,500 for each infringing product sold).

This letter places you on formal notice of the infringing conduct outlined above. You must **<u>immediately</u>**:

- cease circumventing the DRMs or any other technological measures that DISH implements to protect the Programming;
- cease retransmitting the Programming or any other programming of DISH: and
- cease providing your **Sharma IPTV** service or any other service that offers the Programming, including the sale of any codes, credits, or subscriptions to any such services.

We are prepared to settle all claims against you that arise from or relate to the conduct outlined herein upon the full execution of a confidential settlement agreement. This settlement will include: (1) an agreement that you will refrain from any further infringing conduct, (2) your full cooperation, and (3) payment of **$1,000,000**.

***To discuss this matter, you must contact NagraStar at 1 (844) 728-7226, via email at investigations@nagrastar.com, or at the following address:***

NagraStar LLC
Attn: Bert Eichhorn
90 Inverness Circle East
Englewood, CO 80112

***Please accept this as notice that resolution of this matter must be made within ten days from the date of this letter.  This letter is without waiver of any rights or remedies in connection with this matter, all of which are expressly reserved.***

Regards,

Bert Eichhorn
NagraStar LLC

cc:    DISH Network L.L.C.

# EXHIBIT 8

 Domain Research Suite | WHOIS History Search

# Historical WHOIS report for sharmaiptv.com

## Record(s) by date

| WHOIS record on December 28, 2023

## Statistics

| 1 Historical record(s) found

| 1 Different domain registrar(s)

| 1 Different domain owner(s)

| 100% Records with public ownership data

Domain Research Suite | WHOIS History Search

# WHOIS record on December 28, 2023

## Domain age

Created Date:  December 28, 2023 01:37:03 UTC
Updated Date:  December 28, 2023 08:02:03 UTC
Expires Date:  December 28, 2024 01:37:03 UTC

## Registrar Name

PDR Ltd. d/b/a PublicDomainRegistry.com

## WHOIS Server

whois.publicdomainregistry.com

## Name Servers

bryce.ns.cloudflare.com|melany.ns.cloudflare.com

## Status

clientTransferProhibited

 Domain Research Suite | WHOIS History Search

## Registrant Contact

Registrant Name: **Vaneet Sharma**

Registrant Organization: **Sharma IPTV**

Registrant Street: **4975 Camino Tassajara**

Registrant City: **Danville**

Registrant State/Province: **CA**

Registrant Postal Code: **94506**

Registrant Country: **UNITED STATES**

Registrant Email: **sharmaiptv@proton.me**

Registrant Phone: **19252058867**

## Administrative Contact

Administrative Name: **Vaneet Sharma**

Administrative Organization: **Sharma IPTV**

Administrative Street: **4975 Camino Tassajara**

Administrative City: **Danville**

Administrative State/Province: **CA**

Administrative Postal Code: **94506**

Administrative Country: **UNITED STATES**

Administrative Email: **sharmaiptv@proton.me**

 Domain Research Suite | WHOIS History Search

## Technical Contact

Technical Name: **Vaneet Sharma**

Technical Organization: **Sharma IPTV**

Technical Street: **4975 Camino Tassajara**

Technical City: **Danville**

Technical State/Province: **CA**

Technical Postal Code: **94506**

Technical Country: **UNITED STATES**

Technical Email: **sharmaiptv@proton.me**

## Clean Text

Domain Name: SHARMAIPTV.COM

Registrar WHOIS Server: whois.publicdomainregistry.com

Registrar URL: www.publicdomainregistry.com

Updated Date: 2023-12-28T08:02:03Z

Creation Date: 2023-12-28T01:37:03Z

Registrar Registration Expiration Date: 2024-12-28T01:37:03Z

Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com

Registrar IANA ID: 303

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Registrant Name: Vaneet Sharma

Registrant Organization: Sharma IPTV

Registrant Street: 4975 Camino Tassajara

 Domain Research Suite | WHOIS History Search

Registrant City: Danville

Registrant State/Province: CA

Registrant Postal Code: 94506

Registrant Country: US

Registrant Phone: +1.9252058867

Registrant Email: sharmaiptv@proton.me

Admin Name: Vaneet Sharma

Admin Organization: Sharma IPTV

Admin Street: 4975 Camino Tassajara

Admin City: Danville

Admin State/Province: CA

Admin Postal Code: 94506

Admin Country: US

Admin Phone: +1.9252058867

Admin Email: sharmaiptv@proton.me

Tech Name: Vaneet Sharma

Tech Organization: Sharma IPTV

Tech Street: 4975 Camino Tassajara

Tech City: Danville

Tech State/Province: CA

Tech Postal Code: 94506



Domain Research Suite | WHOIS History Search

Tech Country: US

Tech Phone: +1.9252058867

Tech Email: sharmaiptv@proton.me

Name Server: bryce.ns.cloudflare.com

Name Server: melany.ns.cloudflare.com

Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: +1.2013775952

## Raw Text

Domain Name: SHARMAIPTV.COM

Registry Domain ID: 2841252386_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.publicdomainregistry.com

Registrar URL: www.publicdomainregistry.com

Updated Date: 2023-12-28T08:02:03Z

Creation Date: 2023-12-28T01:37:03Z

Registrar Registration Expiration Date: 2024-12-28T01:37:03Z

Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com

Registrar IANA ID: 303

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Registry Registrant ID: Not Available From Registry

Registrant Name: Vaneet Sharma

 Domain Research Suite | WHOIS History Search

Registrant Organization: Sharma IPTV

Registrant Street: 4975 Camino Tassajara

Registrant City: Danville

Registrant State/Province: CA

Registrant Postal Code: 94506

Registrant Country: US

Registrant Phone: +1.9252058867

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: sharmaiptv@proton.me

Registry Admin ID: Not Available From Registry

Admin Name: Vaneet Sharma

Admin Organization: Sharma IPTV

Admin Street: 4975 Camino Tassajara

Admin City: Danville

Admin State/Province: CA

Admin Postal Code: 94506

Admin Country: US

Admin Phone: +1.9252058867

Admin Phone Ext:

Domain Research Suite | WHOIS History Search

Admin Fax:

Admin Fax Ext:

Admin Email: sharmaiptv@proton.me

Registry Tech ID: Not Available From Registry

Tech Name: Vaneet Sharma

Tech Organization: Sharma IPTV

Tech Street: 4975 Camino Tassajara

Tech City: Danville

Tech State/Province: CA

Tech Postal Code: 94506

Tech Country: US

Tech Phone: +1.9252058867

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: sharmaiptv@proton.me

Name Server: bryce.ns.cloudflare.com

Name Server: melany.ns.cloudflare.com

DNSSEC: Unsigned

Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: +1.2013775952

 Domain Research Suite | WHOIS History Search

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2023-12-28T19:32:01Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: FASTCOMET

The data in this whois database is provided to you for information purposes

only, that is, to assist you in obtaining information about or related to a

domain name registration record. We make this information available "as is",

and do not guarantee its accuracy. By submitting a whois query, you agree

that you will use this data only for lawful purposes and that, under no

circumstances will you use this data to:

(1) enable high volume, automated, electronic processes that stress or load

this whois database system providing you this information; or

(2) allow, enable, or otherwise support the transmission of mass unsolicited,

commercial advertising or solicitations via direct mail, electronic mail, or

by telephone.

The compilation, repackaging, dissemination or other use of this data is

expressly prohibited without prior written consent from us. The Registrar of

record is PDR Ltd. d/b/a PublicDomainRegistry.com.

We reserve the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

# EXHIBIT 9

1/5/24, 9:57 AM                                    sharmaiptv.com





1/5/24, 9:57 AM                                sharmaiptv.com



OUR SERVICES

## WHY CHOOSE US?

We Have A Comfortable Interface And Easy IPTV Website To Navigate,
No Complicated Payment Process With Easy Service To Setup

### Channels & VOD

IPTV Subscription Includes More Than
22,000 Channels And More Than 120,000
Movies And TV Shows From 50 Different
Countries. With Channels For Movies, Music,
Sports.

### Most Stable Server

We Have More Than 100 Best And Stable
Servers, You Do Not Need To Worry About
The Stability Of The Server.

### 7 Days money back guarantee

Within 7 Days Of Your Purchase You Have
The Option To Cancel Our IPTV Subscription
If You Are Not Satisfied. Then You Will
Receive A Full Refund From Us.

### Work on All Devices

Your Favorite Shows And Channels On Any
Device, From Any Location.

### Affordable Prices

Compared To Our Competitors We Give You
The Best Prices That You Never Find In
Other Platform.

### Customer service available 24/7

Our Customer Service Is Available 24/7 By
E-Mail OR WhatsApp And We Will Help You
In The Installation Of Your Subscription.

1/5/24, 9:57 AM                                          sharmaiptv.com



CHOOSE YOUR PLAN

## UNBEATABLE BLACK FRIDAY DEAL: ENJOY 50% OFF ON IPTV SUBSCRIPTIONS! ⏰

Don't Miss This Unique Opportunity. Enjoy Your Favourite Channels At Half The Price!

* If You Wanna Watch On Multiple Devices In The Same Time, Choose The Number Of Devices Do You Have.

| 1 Connection | 2 Connections | 3 Connections | 4 Connections |
|---|---|---|---|

### 2 Years
~~$158~~ $**79**
**50% OFF**

- Premium Server
- 4K UHD+ HD Quality Streaming
- + 22,000 Live TV Channels
- + 120,000 Movies & Series (VOD)
- PPV & VPlayed Channels
- Watch On Any Device
- NBA, NHL, NFL Package
- TV Guide (EPG)
- Anti-Freeze Technology
- 24/7 active support

**Buy Now**

Instant Activation!

### 1 Year
~~$98~~ $**49**
**50% OFF**

- Premium Server
- 4K UHD+ HD Quality Streaming
- + 22,000 Live TV Channels
- + 120,000 Movies & Series (VOD)
- PPV & VPlayed Channels
- Watch On Any Device
- NBA, NHL, NFL Package
- TV Guide (EPG)
- Anti-Freeze Technology
- 24/7 active support

**Buy Now**

Instant Activation!

### 6 Months
~~$78~~ $**39**
**50% OFF**

- Premium Server
- 4K UHD+ HD Quality Streaming
- + 22,000 Live TV Channels
- + 120,000 Movies & Series (VOD)
- PPV & VPlayed Channels
- Watch On Any Device
- NBA, NHL, NFL Package
- TV Guide (EPG)
- Anti-Freeze Technology
- 24/7 active support

**Buy Now**

Instant Activation!

### 3 Months
~~$58~~ $**29**
**50% OFF**

- Premium Server
- 4K UHD+ HD Quality Streaming
- + 22,000 Live TV Channels
- + 120,000 Movies & Series (VOD)
- PPV & VPlayed Channels
- Watch On Any Device
- NBA, NHL, NFL Package
- TV Guide (EPG)
- Anti-Freeze Technology
- 24/7 active support

**Buy Now**

Instant Activation!

sharmaiptv.com



1/5/24, 9:57 AM                                    sharmaiptv.com

# Frequently Asked Questions

### What Devices Can I Watch It On?

The service can be used on various devices, including Smart TV, Android Box, iOS and Android smartphones and tablets, Chromecast, Amazon Fire TV, and many more.

### How Will I Receive My Subscription?

After making a payment you'll be contacted via email in less than 30 minutes with your logins credentials.

### What Channels Are Available?

We offer over +22,000 live channels, mainly from the United States, including all sports (Champions League, LaLiga Santander, Premier League, BundesLiga, Formula 1, MotoGP, NBA, NFL, NHL …), movies, and entertainment channels. We also offer channels from the United States and South America. VOD is also included.

### Can I Record Live Programs?

If your device allows it, you can record all the programs you want and watch them later at your convenience. without any additional cost.

### Do I Need A VPN To Use The IPTV?

No, you will not need any VPN to watch the IPTV as we use very advanced solutions to bypass ISP blocking.

sharmaiptv.com

**Available Payment Methods?**

- Credit/Debit Card

**Do You Offer Refunds?**

Within 7 days of your purchase you have the option to cancel our subscription if you are not satisfied. Then you will receive a full refund from us.

## We're always here to help , Contact our support team 24/7.

**⬜ CONTACT US ON WHATSAPP**

1/5/24, 9:57 AM

sharmaiptv.com



All rights reserved

https://sharmaiptv.com



Dr Vaneet Sharma

Continue to Chat

Don't have WhatsApp yet?
Download





🛡 SSL secured checkout        ⊗ 24/7 support available        💳 Payment option

○ Cart ——— ⦿ **Information** ——— ○ Finish

## Customer information

Email Address *

## Billing details

First name *                    Surname *

Country / Region *
United States (US)

Telephone *

## Additional information

Notes about your order, e.g. special notes for
delivery.

## Payment

## Your order

| Product | Subtotal |
| --- | --- |
| 🖥 2 Years          × 1 | $79.00 |
| Subtotal | $79.00 |
| **Total** | **$79.00** |

Coupon Code          



### Credit Card (Stripe)

Pay with your credit card via Stripe.

**Card Number** *

```
1234 1234 1234 1234
```

**Expiry Date** *     **Card Code (CVC)** *

```
MM / YY          CVC
```

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

🔒 **Place Order  $79.00**

Checkout



🛡 SSL secured checkout        ⊗ 24/7 support available        💳 Payment option

○ Cart ——— ⊙ Information ——— ○ Finish

## Customer information

Email Address *

## Billing details

First name *

Surname *

Country / Region *
United States (US)

Telephone *

## Additional information

Notes about your order, e.g. special notes for delivery.

## Payment

## Your order

| Product | Subtotal |
|---------|----------|
| 1 Year        × 1 | $49.00 |
| Subtotal | $49.00 |
| **Total** | **$49.00** |

Coupon Code        **Apply**



### Credit Card (Stripe)

Pay with your credit card via Stripe.

**Card Number** *

1234 1234 1234 1234

**Expiry Date** *          **Card Code (CVC)** *

MM / YY          CVC

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

🔒 **Place Order  $49.00**



🛡 SSL secured checkout    ⊗ 24/7 support available    ▭ Payment option

○ Cart ——— ⦿ **Information** ——— ○ Finish

## Customer information

Email Address *

## Billing details

First name *

Surname *

Country / Region *
United States (US)

Telephone *

## Additional information

Notes about your order, e.g. special notes for delivery.

## Payment

## Your order

| Product | Subtotal |
|---|---|
| ▭ 6 Months    × 1 | $39.00 |
| Subtotal | $39.00 |
| **Total** | **$39.00** |

Coupon Code    **Apply**

## Credit Card (Stripe)

Pay with your credit card via Stripe.

### Card Number *



`1234 1234 1234 1234`

### Expiry Date *          ### Card Code (CVC) *

`MM / YY`          `CVC`

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

🔒 **Place Order  $39.00**



🛡 SSL secured checkout     ⊗ 24/7 support available     💳 Payment option

○ Cart ——— ◉ **Information** ——— ○ Finish

## Customer information

Email Address *

## Billing details

First name *

Surname *

Country / Region *
United States (US)

Telephone *

## Additional information

Notes about your order, e.g. special notes for delivery.

## Payment

## Your order

| Product | Subtotal |
|---|---|
| 🖥 3 Months   × 1 | $29.00 |
| Subtotal | $29.00 |
| **Total** | **$29.00** |

Coupon Code    **Apply**

Checkout



### Credit Card (Stripe)

Pay with your credit card via Stripe.

**Card Number** *

```
1234 1234 1234 1234
```

**Expiry Date** *          **Card Code (CVC)** *

```
MM / YY          CVC
```

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

🔒 **Place Order  $29.00**

# EXHIBIT 10



**Sharma tv group**

**Vaneet Sharma**
Im going to be make website soon. For payment, i will use tashan iptv plugin which capture credit card number
10:26

**Ahmed Goreja**
No need to capture card. They will dispute later. Use paypal or tell them to zelle to you. Here in Canada, we are using etransfer and wise.
10:28

**Vaneet Sharma**
You can recommend anyone to make site.
10:29

**Ahmed Goreja**
I think you should wait. You have a letter from dish. They will give you a hard time
10:32

**Vaneet Sharma**
By the time they try to do something, it will take years. Why lose out on the profit bro.
10:34

**Ashish Patel**
Vaneet I can find you a designer for web site. Callme.
10:39

**Vaneet Sharma**
Great. How much do you think it will cost
10:42

**Ashish Patel**
Its be done in india, will be cheap. Like $500 or so. But he is a reliable person.
10:47

**Ahmed Goreja**
Vaneet, if there is any problem, you will be on your own. I told you do it under warps brother.
10:48

**Vaneet Sharma**
Amed bhai, dont worry. I can predict these things. Nothing will happen to us. iTs a good time and the market is hot with new year and new sports coming.
10:52

**Mitesh Shah**
Vaneet, do yo plan on selling reseller credits here?
10:55

**Mitesh Shah**
That is also good money
10:56

**Ashish Patel**
Ya, do reseller credits. Its small profit, but volume is large.
10:58

**Ahmed Goreja**
Vaneet what will you call the site? desi iptv ot something like that
10:59

**Ashish Patel**
Go with a unique name.
11:01

**Vaneet Sharma**
Ill call it Sharta tv
11:01

**Vaneet Sharma**
Sharma tv
11:03

**Vaneet Sharma**
Just becuz its sharma, doetne mean me. I will screen all calls before i can sell.
11:08

**Alok Tiwari**
My brother designs websites and will do SEO also
11:10

**Ashish Patel**
Seo important hai
11:10

**Vaneet Sharma**
THanks Alok. I willc all you in 30 minute. Ashish bhai, will also connect with you. Need to get site ready in few months.
11:14

**Mitesh Shah**
Any update from digh?
11:15

**Mitesh Shah**
*dish
11:15

**Ahmed Goreja**
Dish is fucked company. They will go bk in 2 years. then we can do 1ptv freely.
11:18

**Vaneet Sharma**
Ahmed, i need more boxes soon. Getting over here now. You have mag or formuler ones?
11:21

**Ahmed Goreja**
Vaneet call me tomorrow. Will check inventory and get back.
11:26

Type a message

# EXHIBIT 11

**Ahmed Goreja**
Ship only to desis. do not ship anything to colorado or white people. GO for credit resell, its easier and better base. 11:09

**Vaneet Sharma**
Mitesh and Ashish, i massage you for website. When to get started 11:21

**Ashish Shah**
Use international overseas payment gateway. Don't capture card details here. 11:30

**Abhishek Shah**
Build two websites. One for the payment processor, one for customers. 11:38

**Vaneet Sharma**
Guys we will be fine. Thanks for support. After september, i heard nothing from dish guys. I am getting new number soon for business and will start using that only. That way they cant track me. 11:44

**Vaneet Sharma**
If they contact me again, ill just put it on my bitch ex. I can tell them that she was running it under my name. 11:46

**Abhishek Shah**
Do whatever you want just dont get caught. 11:50

 Type a message 

# EXHIBIT 12

## Case Information

MSD20-04191 | NISHA SHARMA VS. VANEET SHARMA

| Case Number | Court | Judicial Officer |
|---|---|---|
| MSD20-04191 | Family Law - Martinez Spinetta Courhouse | Athanasiou, Kirk |

| File Date | Case Type | Case Status |
|---|---|---|
| 12/11/2020 | Dissolution With Minor Children | Active |

## Party

**Restrained Person/Respondent**
SHARMA, VANEET

---

**Protected Party**
SHARMA, NISHA

Active Attorneys ▾
Pro Se

---

**Plaintiff/Petitioner**
SHARMA, NISHA

Active Attorneys ▾
Lead Attorney
BEDI, GINNY
Retained

Pro Se

---

**Defendant/Respondent**
SHARMA, VANEET

Active Attorneys ▾
Lead Attorney
TUANN, PETER

Retained

---

# Events and Hearings

12/11/2020 Petition for Dissolution / Legal Separation / Nullity Filed ▼

Comment
PETITION FOR DISSOLUTION FILED. SUMMONS IS ISSUED *FEE: 201214-0110-CK FL2/ 435.00 Paymt

12/11/2020 Notice of Case Assignment ▼

Comment
CASE HAS BEEN ASSIGNED TO DEPT. 32

12/11/2020 * ▼

Comment
Clerk tickler to check case status at 3 months was set for 3/11/21 at 7:00 in Dept. 32

12/11/2020 Summons Issued/Filed ▼

Comment
(FAMILY LAW) SUMMONS ON Complaint/Petition FILED

12/11/2020 * ▼

Comment
Clerk tickler to check case status at 12 months was set for 12/13/21 at 7:00 in Dept. 32

12/11/2020 * ▼

Comment
Clerk tickler to check case status at 18 months was set for 6/09/22 at 7:00 in Dept. 32

12/11/2020 * ▼

Comment
Clerk tickler to check case status at 5 years was set for 12/10/25 at 7:00 in Dept. 32

12/11/2020 * ▼

Comment
Clerk tickler to check case status at 6 months was set for 6/09/21 at 7:00 in Dept. 32

12/11/2020 Income & Expense Declaration Filed ▾

Comment
INCOME & EXPENSE DECLARATION FILED BY SHARMA, NISHA

12/17/2020 *Request for Domestic Violence Restraining Order Filed ▾

Comment
REQUEST FOR ORDER (SUB D.V.) FILED BY SHARMA, NISHA AGAINST SHARMA, VANEET

12/17/2020 Temporary Restraining Order (CLETS-TRO) Filed ▾

Comment
TEMPORARY RESTRAINING ORDER AND NOTICE OF HEARING FILED BY NISHA SHARMA

12/17/2020 Hearing set for: ▾

Comment
F/L Hearing on OSC/TRO set for 1/27/21 at 8:30 in Dept. 11

12/17/2020 Cases Rescheduled Due to Assignment Change ▾

Comment
5F6F4 calendared on 06/09/21 in dept. 32. Has been updated to 06/09/21 in dept. 17.

12/17/2020 Cases Rescheduled Due to Assignment Change ▾

Comment
5F3F4 calendared on 03/11/21 in dept. 32. Has been updated to 03/11/21 in dept. 17.

12/17/2020 Cases Rescheduled Due to Assignment Change ▾

Comment
5F12F4 calendared on 12/13/21 in dept. 32. Has been updated to 12/13/21 in dept. 17.

12/17/2020 Cases Rescheduled Due to Assignment Change ▾

Comment
5F18F4 calendared on 06/09/22 in dept. 32. Has been updated to 06/09/22 in dept. 17.

12/17/2020 Cases Rescheduled Due to Assignment Change ▾

Comment
5F5YF4 calendared on 12/10/25 in dept. 32. Has been updated to 12/10/25 in dept. 17.

12/18/2020 * ▾

Comment
Default Department was changed from 32 to 17.

12/28/2020 Hearing set for: ▾

Comment
MEDIATION SCHEDULED FOR 03/17/21

12/29/2020 Proof of Service ▾

Comment
(F/L) PROOF OF PERSONAL SERVICE FILED ON Complaint/Petition AS TO SHARMA, VANEET
(SERVED ON 12/27/20) 0000000000000000.del.+

12/29/2020 Correspondence Memo: ▾

Comment
CORRESPONDENCE MEMO RE: PROOF OF SERVICE OF TEMPORARY RESTRAINING ORDER
MIN2: YOU MUST MUST SUBMIT A SEPARATE PROOF OF SERVICE FOR THE TEMPORARY
RESTRAINING ORDER USING FORM MIN2: DV-200. CMPAM: CORRESPONDENCE
MEMORANDUM PRINTED AND MAILED THIS DATE TO THE FOLLOWING PARTY(IES): 0001
*NOT: NOTICE PRINTED FOR ADK80/ ON 12/31/20

01/11/2021 Certificate of Mailing ▾

Comment
CLERK`S CERTIFICATE OF MAILING OF NOTICE OF ZOOM HEARING/ ZOOM FLYER SENT TO
ALL PARTIES *NOT: NOTICE PRINTED FOR ADK80/ ON 1/11/21

01/20/2021 Defendant Adds Attorney ▾

Comment
DEFENDANT SHARMA, VANEET ADDS ATTORNEY JHW/

01/20/2021 * ▾

Comment
SUBSTITUTION OF ATTORNEY FILED BY RESPONDENT %%X%%

01/26/2021 Correspondence Memo: ▾

Comment
WE CANNOT FILE/ISSUE YOUR INCOME & EXPENSE DECLARATION FOR THE FOLLOWING
REASON: MIN2: ATTY. WOLCH MUST SIGN PAGE 3. CMPAM: CORRESPONDENCE
MEMORANDUM PRINTED AND MAILED THIS DATE TO THE FOLLOWING PARTY(IES): 0002
*NOT: NOTICE PRINTED FOR JHW/ ON 1/29/21

01/26/2021 Proof of Service ▾

Comment

PROOF OF SERVICE BY ELECTRONIC OF I & E ON ARLENE KOCK, ESQ. FILED; SERVED ON 01/26/21

01/27/2021 Hearing in Re: ▼

Original Type

Hearing in Re:

Hearing Time

08:30 AM

Result

Held

Comment

000200+DOMESTIC VIOLENCE RESTRAINING ORDER+0001+

01/27/2021 Hearing set for: ▼

Comment

Special Set Hearing was set for 2/22/21 at 13:30 in Dept. 11

01/27/2021 Hearing set for: ▼

Comment

F/L special set hearing was set for 2/24/21 at 13:30 in dept. 11

01/29/2021 Order Filed Re: ▼

Comment

ORDER ON REQUEST TO CONTINUE HEARING TO 2/22 & 2/24 HRGS FILED, EXPIRES ON 2/24/21 CM: E-MAILED TO COUNSEL

01/29/2021 * ▼

Comment

AMENDED DV-110 TEMPORARY RESTRAINING ORDER FILED, EXPIRES ON 2/24/21. E-MAILED TO COUNSEL

02/02/2021 * ▼

Comment

FILE KEPT IN JUDGE'S CHAMBERS FOR 2/22 & 2/24 HEARINGS.

02/04/2021 Income & Expense Declaration Filed ▼

Comment

INCOME & EXPENSE DECLARATION FILED BY SHARMA, VANEET

02/18/2021 Order Filed Re: ▼

Comment

ORDER ON REQUEST TO CONTINUE HEARING FILED, EXPIRES ON 5/20/21. E-MAILED TO
COUNSEL

---

02/22/2021 Hearing in Re: ▾

Original Type
Hearing in Re:

Hearing Time
01:30 PM

Result
Held

Comment
000200+DOMESTIC VIOLENCE RESTRAINING ORDER+0001+

---

02/22/2021 Special Set Hearing ▾

Original Type
Special Set Hearing

Hearing Time
01:30 PM

Cancel Reason
Vacated

Comment
FL COURT TRIAL (ESTIMATE 3.0 HOURS)+THE COURT+

---

02/24/2021 Special Set Hearing ▾

Original Type
Special Set Hearing

Hearing Time
01:30 PM

Cancel Reason
Vacated

Comment
DVRO COURT TRIAL (3.0 ESTIMATE)+

---

02/24/2021 Hearing in Re: ▾

Original Type
Hearing in Re:

Hearing Time
01:30 PM

Cancel Reason
Vacated

Comment
000200+DOMESTIC VIOLENCE RESTRAINING ORDER+0001+

02/24/2021 * ▾

Comment
FILE SENT TO FCS FOR 3/17/21 %%X%%

03/02/2021 * ▾

Comment
NOTICE OF FIDUCIARY DUTIES AND DISCLOSURE REQUIREM ENTS FILED

03/02/2021 * ▾

Comment
NOTICE OF INTENT TO SEEK REIMBURSEMENT PURSUANT TO WATTS CHARGES FILED

03/02/2021 Proof of Service by Mail ▾

Comment
PROOF OF SERVICE BY MAIL FILED RE:FORM INTERROGATORIES,ETC ON CHRISTIE M
SAENZ SERVED ON 3/1/21

03/26/2021 Declaration Regarding Service of Disclosure ▾

Comment
DECLARATION RE: SERVICE OF PRELIMINARY DECLARATION OF DISCLOSURE FILED BY
SHARMA, VANEET

05/11/2021 Stipulation & Order ▾

Comment
STIPULATION & ORDER TO/FOR TO CONTINUE DVTRO TRIAL SCHEDULED FOR 5/20/21 FILED

05/11/2021 * ▾

Comment
REQUEST TO CONTINUE HEARING FILED %%X%%

05/11/2021 Order Filed Re: ▾

Comment
ORDER ON REQUEST TO CONTINUE HEARING FILED, EXPIRES ON 9/30/21. MAILED TO ATTY.
SAENZ IN S.A.S.E. W/CHECK

05/20/2021 Hearing in Re: ▾

Hearing Time
08:30 AM

Cancel Reason
Continued

Comment
000200+DOMESTIC VIOLENCE RESTRAINING ORDER+0001+

05/20/2021 Court Trial Hearing ▼

Hearing Time
08:30 AM

Cancel Reason
Continued

Comment
000200+06:00+

05/21/2021 Declaration Regarding Service of Disclosure ▼

Comment
DECLARATION RE: SERVICE OF PRELIMINARY DECLARATION OF DISCLOSURE FILED BY
SHARMA, NISHA

05/21/2021 Income & Expense Declaration Filed ▼

Comment
INCOME & EXPENSE DECLARATION FILED BY SHARMA, NISHA

05/26/2021 Correspondence Memo: ▼

Comment
WE CANNOT FILE/ISSUE YOUR RESPONSE FOR THE FOLLOWING REASON: MIN2: FL-105
MUST BE ATTACHED. CMPAM: CORRESPONDENCE MEMORANDUM PRINTED AND MAILED
THIS DATE TO THE FOLLOWING PARTY(IES): 0002 *NOT: NOTICE PRINTED FOR JHW/ ON
6/01/21

06/17/2021 Fee Received for: ▼

Comment
FEE RECEIVED FOR Stipo for appt. of temp Judge BY Leslie J. Morgan *FEE: 210624-0191-CK
HGC/ 20.00 Paymt

06/17/2021 * ▼

Comment
STIPO SENT TO DEPT 18

06/29/2021 Substitution of Attorney Filed ▼

Comment
SUBSTITUTION OF ATTORNEY FILED. ADK80/ SUBSTITUTES OUT AS ATTORNEY FOR SHARMA,
NISHA AND IS REPLACED BY PRO/PER

06/29/2021 Update: ▼

Comment

UPDATED CASE TO CHANGE ADDRESS OF PARTY SHARMA, NISHA

---

07/02/2021 * ▼

Comment

SIGNED STIPO RE: TEMP JUDGE SENT TO CLERK'S OFFICE

---

07/06/2021 Stipulation for Appointment of Temporary Judge Filed ▼

Comment

STIPULATION AND ORDER APPOINTING LESLIE J. MORGAN, AS TEMPORARY JUDGE FILED

---

07/13/2021 Notice of/to: ▼

Comment

NOTICE OF LIMITED SCOPE REPRESENTATION FILED ON BEHALF OF PLTF/PTNR, SHARMA, NISHA ; ATTORNEY ADK/ ADDED TO CASE CM: (DIVORCE MATTERS ONLY)

---

08/06/2021 Substitution of Attorney Filed ▼

Comment

SUBSTITUTION OF ATTORNEY FILED. JHW/ SUBSTITUTES OUT AS ATTORNEY FOR SHARMA, VANEET AND IS REPLACED BY KG95/

---

08/13/2021 Substitution of Attorney Filed ▼

Comment

SUBSTITUTION OF ATTORNEY FILED. ADK/ SUBSTITUTES OUT AS ATTORNEY FOR SHARMA, NISHA AND IS REPLACED BY GB44/GB

---

08/24/2021 Substitution of Attorney Filed ▼

Comment

SUBSTITUTION OF ATTORNEY FILED. KG95/ SUBSTITUTES OUT AS ATTORNEY FOR SHARMA, VANEET AND IS REPLACED BY PT6/

---

09/08/2021 Appearance, Stipulation & Waiver Filed ▼

Comment

F/L APPEARANCE, STIPULATION AND WAIVERS FILED

---

09/08/2021 Stipulation & Waiver of Final Declaration of Disclosure ▼

Comment

WAIVER OF FINAL DECLARATION OF DISCLOSURE

---

09/08/2021 Declaration for default filed ▼

Comment

FAMILY LAW DECLARATION FOR DEFAULT OR UNCONTESTED DISSOLUTION FILED.

09/08/2021 Final Judgment for Dissolution Filed ▾

Comment

(2336) FINAL JUDGMENT FOR DISSOLUTION FILED MSE: MARITAL STATUS ENDS 09/07/21
MSCAN: MICROFILMED/SCANNED ON 09/08/21

09/08/2021 Notice of Entry of: ▾

Comment

NOTICE OF ENTRY OF JUDGMENT FILED

09/30/2021 Hearing in Re: ▾

Hearing Time
08:30 AM

Cancel Reason
Off Calendar

Comment
000200+DOMESTIC VIOLENCE RESTRAINING ORDER+0001+

09/30/2021 Court Trial Hearing ▾

Original Type
Court Trial Hearing

Hearing Time
08:30 AM

Cancel Reason
Vacated

Comment
000200+06:00+

10/05/2021 * ▾

Comment

NOTICE OF WITHDRAWAL OF PRIVATE JUDGE FILED %%X%%

10/05/2021 Party Removed to the Action ▾

Comment

ON THE Complaint/Petition , MORGAN, LESLIE J. IS REMOVED AS A DEFENDANT.

06/15/2022 Income & Expense Declaration Filed

06/15/2022 Declaration ▾

OF PETER TUANN

---

06/15/2022 Declaration Re: ▼

Comment
VANEET SHARMA ISO RFO

---

06/15/2022 Request for Order Filed ▼

Comment
AF&COSTS ; NIHS TO PAY 50K; RE PRIVATE SCHOOL

---

06/15/2022 Service of Request for Order/Motion▼

Requested By
SHARMA, VANEET

Unserved

---

08/01/2022 Declaration Re: ▼

Comment
support rfo to return children

---

10/11/2022 Proof of Service ▼

Comment
BY Electronic

---

10/11/2022 Declaration of ▼

Comment
Ginny Bedi in Support of Petitioner's Request for Attorney's Fees, Cost, and Sanctions and Deny
Respondent's Request for Attorney's Fees

---

10/11/2022 Responsive Declaration to Request for Order Filed ▼

Comment
HRG 10/24/22 10/24/22 AT 8:30 AM D17

---

10/18/2022 Responsive Declaration to Request for Order Filed ▼

Comment
hearing date: 10/24/22 time: 8:30 am dept:17

---

10/18/2022 Proof of Service ▼

Comment
electronic

10/21/2022 Income & Expense Declaration Filed

10/21/2022 Proof of Service ▼

Comment
Electronic

10/24/2022 Request for Order ▼

Original Type
Request for Order

Judicial Officer
Young, Ayana

Hearing Time
8:30 AM

Result
Denied

Comment
AF&COSTS; NISHA TO PAY 50K; RE PRIVATE SCHOOL

Parties Present▲
Plaintiff/Petitioner: SHARMA, NISHA

Private Attorney: BEDI, GINNY

Defendant/Respondent: SHARMA, VANEET

Private Attorney: TUANN, PETER

Protected Party: SHARMA, NISHA

Restrained Person/Respondent: SHARMA, VANEET

11/03/2022 Notes ▼

Comment
FINDINGS AND ORDER AFTER HEARING (10/24/2022) SENT TO THE CLK'S OFFICE FOR
PROCESSING.

11/08/2022 Findings and Order After Hearing Filed ▼

Comment
Date: 10/24/22 Re: ATTY FEES

11/21/2022 Parties Advised this Case is Reassigned for All Purposes ▼

Comment
To: Judge Judith S Craddick Effective: 12/01/2022