Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C.
and Sling TV L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>VANEET SHARMA and ASTRO VASTU SOLUTIONS LLC,<br><br>Defendants. | Case No. 3:24-cv-00961-JSC<br><br>**DECLARATION OF MICHAEL JACZEWSKI** |

I, Michael Jaczewski, of Saint Petersburg, Florida declare as follow:

1. I make this declaration based on personal knowledge and, if called upon to testify, would testify competently as stated herein.

2. I am the founder and principal of Toltec Investigations LLC ("Toltec"). Toltec was established in October 2009 and has been providing investigative services since its inception. Prior to that time, and since 2001, I have worked for several different agencies as a private investigator. During my career, I have conducted and participated in hundreds of investigations, many of which involved intellectual property rights.

3. Toltec was tasked by NagraStar LLC to purchase the internet streaming television service referred to as Sharma IPTV (the "Service") from Defendant Vaneet Sharma. The purchase was conducted by Toltec investigators working under my direction and supervision. I reviewed the

1  report that corresponds with this purchase of the Service in preparing this declaration and relevant
2  portions of that report are attached as <u>Exhibit 1</u>. Redactions were made to the report to protect the
3  alias that was used in making the undercover purchase. The purchase records and communications
4  contained in the report are true and correct copies of the originals. The report is referred to herein
5  by the page number that appears in the lower right corner of each page.

6        4.      On September 26, 2023, Toltec purchased a 12-month subscription to the Service
7  using PayPal for $150 (plus $4.65 in PayPal fees for a total of $154.65). (Ex. 1 at 3, 9-11.) The
8  payment recipient was identified as "Vaneet" with the email address vaneet@vastuexpertusa.com.
9  (*Id.* at 3, 11.)

10       5.      Toltec corresponded with Vaneet, using the email address iptvsharma@gmail.com,
11 concerning the purchase of the Service. (*Id.* at 2, 6-12.) Vaneet requested from Toltec the MAC
12 address of the device that would be used to access the Service. (*Id.* at 3, 9-10.) Toltec received from
13 NagraStar the MAC address to associate with the purchase of the Service and Toltec provided that
14 MAC address to Vaneet. (*Id.* at 3, 10.) Vaneet confirmed the Service was activated for the device
15 corresponding with this MAC address and provided the portal URL http://smart4k.cc to access the
16 Service. (*Id.* at 4, 12-13.) Toltec provided the portal URL to NagraStar.

17       I declare under penalty of perjury that the foregoing is true and correct.
18 Executed on February 8, 2024.

20                                           Michael Jaczewski