# EXHIBIT 1



# Toltec.
// BRAND PROTECTION

### Client Information

Bert Eichhorn
Manager
Field Security & Investigations
NagraStar, LLC
▇▇▇▇▇▇▇ Office
▇▇▇▇▇▇▇@nagrastar.com

### Subject Information

Sharma TV

Vaneet Sharma

iptvsharma@gmail.com

(925) 915-9739

Payment details:
PayPal:
Vaneet
vaneet@vastuexpertusa.com

### Case Information

Case Type:       Online Purchase
Client:          Nagrastar
Client Case #:   2023-0000150
Toltec Case #:   05790OP-01
Date of Report:  September 26, 2023

CONFIDENTIAL

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, Florida 33701 – (727) 403-1129
State of Florida License Number – A 2900314

## INVESTIGATION DETAILS



## Online Purchase – Sharma TV

On Friday, September 1, 2023, the assigned Toltec investigator sent an email to iptvsharma@gmail.com stating they were interested in purchasing a 12-month subscription to their service and asked if the seller could send instructions on how to place an order.

The investigator also sent a text message to the seller at (925) 915-9739 and said they were interested in purchasing 12 months of their service and asked if they could assist. The seller replied and asked who it was. The investigator responded and gave their name and said that they saw the seller's flyer. The seller replied and asked the investigator where they saw the flier as they give discounts on flier if you remember where you saw it. The investigator responded and stated they weren't sure. The seller replied and asked if the investigator wanted service with box or without and what channels they wanted and offered USA, Indian and sports. The investigator responded and stated they wanted just the service and asked if they offered all channels USA, Indian and sports together. The seller replied yes, best. The investigator responded and asked if that was the 12 months for $150. The seller replied yes price on flier. The investigator responded and asked what payments were accepted. The seller replied and stated only Zelle. The investigator responded and stated they do not have Zelle and asked if they could accept CashApp. The seller replied and stated no I just take Zelle for this. The investigator thanked the seller for their time.

On Monday, September 18, 2023, another Toltec investigator attempted to purchase a 12-mnth subscription from Sharma TV; however, the seller was wanting to know exactly where the service flyer came from.

On Thursday, September 21, 2023, the investigator received an email from the seller Vaneet at iptvsharma@gmail.com asking the investigator if they wanted service with or without a box, what channels did they want and stated it was $150 per year.

On Monday, September 25, 2023, the investigator sent an email to the seller Vaneet at iptvsharma@gmail.com stating they would like service with a box and all channels if possible and asked how can they make the payment. The seller replied and stated Zelle or PayPal and that he can have the service ready in 1 hour.

On Monday, September 25, 2023, the investigator corresponded with the client asking if they knew the specific place the service flyer came from as the seller is being difficult and asking for this information.

2

On Tuesday, September 26, 2023, the investigator sent an email to Vaneet at iptvsharma@gmail.com stating that they have PayPal. The investigator received an email back from the seller at iptvsharma@gmail.com stating they have many different packages, asked how many months or years did the investigator wanted, asked if the investigator knew which service they wanted and gave their PayPal email for payment and asked that it be sent friends and family.

The investigator sent a email to the seller at iptvsharma@gmail.com stating they would like a year of service and whatever that includes. The seller responded and stated to send $150 to the PayPal account and send back a screenshot of payment and the investigator's MAC address and he would give the 1 year best service. The investigator responded and stated to give them a few and they will get the payment sent.

The investigator sent correspondence to the client to get a MAC address for the purchase.

The payment options through this seller were via Zelle or PayPal. The service was purchased for $150.00 USD plus fees of $4.65 for a total of $154.65.

The purchase was paid for via PayPal and the transaction details verified the purchase was made from and payment was sent to Vaneet with an email of vaneet@vastuexpertusa.com.

**Transaction ID**
54Y417906G118141T

**Seller info**
Vaneet
vaneet@vastuexpertusa.com

**Your purchase**
Sent to Vaneet  $150.00
Fee                     $4.65
**Total -           $154.65**

The investigator emailed the seller at iptvsharma@gmail.com with a copy of the payment sent. The investigator received an email from the seller asking for their MAC address. The investigator sent a response with the MAC address of 00:1A:79:4A:E9:E1 for the service.

Please see **Appendix I** at the end of this report for additional information and detailed documentation of original client provided website links, advertised items, order, and purchase details.

3

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314

On Tuesday, September 26, 2023, the investigator received an email from Vaneet at iptvsharma@gmail.com which contained the following credentials:

> Enter URL in service box http://smart4k.cc

The investigator emailed the seller at iptvsharma@gmail.com to verify that a username and password was not needed for the service. The seller replied and stated to just enter the URL and you will get service and also included a locked channel code.

Please see **Appendix II** at the end of this report for additional information and detailed documentation of the credentials received from the seller.

*** End of Report ***

4

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314



from: **Sharma**
**Iptv** <iptvsharma@gmail.com>

to: ██████████@gmail.com>

date: Sep 21, 2023, 3:51 PM

subject: Re: Service

Hi

You want service with box or without box.
What channels you want. USA, Indian, sports.
It is $150 per year.

Vaneet

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314

from: ███ ███@gmail.com>
to: Sharma Iptv <iptvsharma@gmail.com>
date: Sep 25, 2023, 11:21 AM
subject: Re: Service

I would like the service without a box and all channels if possible. How can I make the payment?

From: **Sharma Iptv** <iptvsharma@gmail.com>
to: ███ ███@gmail.com>
date: Sep 25, 2023, 4:53 PM
subject: Re: Service

Zelle or PayPal is best for me.
I can have service in 1 hr rrady

from: ███ ███@gmail.com>
to: Sharma Iptv <iptvsharma@gmail.com>
date: Sep 26, 2023, 7:47 AM
subject: Re: Service

I have PayPal

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314

from: **Sharma Iptv** &lt;iptvsharma@gmail.com&gt;
to: █████████ @gmail.com&gt;
date: Sep 26, 2023, 1:28 PM
subject: Re: Service

I have many different packages.
How many months or years you want.
You know which service you want. If not know tell me what you want and I will give the correct service to you.
My PayPal is vaneet@vastuexpertusa.com
If you send, do it friends and family or you pay 4% fees.

Vaneet

from: ████████ @gmail.com&gt;
to: Sharma Iptv &lt;iptvsharma@gmail.com&gt;
date: Sep 26, 2023, 1:43 PM
subject: Re: Service

I want 1 year of service and whatever that includes.

8

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314

From: **Sharma Iptv** <iptvsharma@gmail.com>
to: ▮▮▮▮▮▮▮@gmail.com>
date: Sep 26, 2023, 1:47 PM
subject: Re: Service

Send $150 to the PayPal I'd I gave.
Reply back with screenshot of payment and your MAC address.
I'll give you 1 year best service.

Vaneet

from: ▮▮▮▮▮▮▮@gmail.com>
to: Sharma Iptv <iptvsharma@gmail.com>
date: Sep 26, 2023, 1:57 PM
subject: Re: Service

Sure thing, Give me a few and I will get the payment sent.

From: ▮▮▮▮▮▮▮@gmail.com>
to: Sharma Iptv <iptvsharma@gmail.com>
date: Sep 26, 2023, 2:05 PM
subject: Re: Service

> You've sent $150.00 USD to Vaneet
>
> We'll send them an email, but it may be quicker to share this link with them.

9

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314

from: **Sharma Iptv** <iptvsharma@gmail.com>
to: ███████@gmail.com>
date: Sep 26, 2023, 2:28 PM
subject: Re: Service

You can send me your MAC address and I'll give you the yearly service.

Vanee

from: ███████@gmail.com>
to: Sharma Iptv <iptvsharma@gmail.com>
date: Sep 26, 2023, 3:03 PM
subject: Re: Service

Sorry for the delay. MAC address: 00:1A:79:4A:E9:E1

Payment sent on Tuesday, September 26, 2023

# You've sent $150.00 USD to Vaneet

We'll send them an email, but it may be quicker to share this link with them.

PayPal Transaction ID – 54Y417906G118141T

**Vaneet**  — $154.65
September 26, 2023 · Money Sent

**Contact info**

Vaneet


**Details**

| | |
|---|---|
| Sent to Vaneet | $150.00 |
| Fee | $4.65 |
| **Total** | **$154.65** |

You'll see "PAYPAL *vaneet" on your card statement.

11

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314

| Appendix II |
|---|

The images below depict the email received from Vaneet at <u>iptvsharma@gmail.com</u> on Tuesday, September 26, 2023.

From: **Sharma**
**Iptv** <iptvsharma@gmail.com>

to: ███████████
     ██████@gmail.com>

date: Sep 26, 2023, 4:24 PM

subject: Re: Service

Yes yes.
Got it.
Service start now

Enter URL in service box http://smart4k.cc

I have more also. Any friend you have can get service in give you refer bonus also.

Vaneet

12

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314

from: █████████@gmail.com>
to: Sharma Iptv <iptvsharma@gmail.com>
date: Sep 26, 2023, 4:30 PM
subject: Re: Service

Do I need a username or password?

from: **Sharma Iptv** <iptvsharma@gmail.com>
to: █████████@gmail.com>
date: Sep 26, 2023, 4:40 PM
subject: Re: Service

No it's mac address base
Just enter URL and you will get service.
Locked channel code is 7274
Adult channel is included firn1 month. Then after 1 month if you need adult, contact me it's $25 yearly

Vaneet

Toltec. //Brand Protection - Toltec Investigations LLC
Saint Petersburg, FL 33701 – (727) 403-1129
State of Florida License Number – A 2900314