1  Timothy M. Frank (California Bar No. 263245)
   timothy.frank@hnbllc.com
2  HAGAN NOLL & BOYLE LLC
   820 Gessner, Suite 940
3  Houston, Texas 77024
   Telephone: (713) 343-0478
4  Facsimile: (713) 758-0146
5
   Attorney for Plaintiffs DISH Network L.L.C.
6  and Sling TV L.L.C.
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                        **SAN FRANCISCO DIVISION**

11 | DISH NETWORK L.L.C. and         | Case No. 3:24-cv-00961-JSC
12 | SLING TV L.L.C.,                |
   |                                 | **DECLARATION OF JEFF TIMMERMANS**
13 |         Plaintiffs,             |
14 |    v.                           |
15 | VANEET SHARMA and               |
16 | ASTRO VASTU SOLUTIONS LLC,      |
17 |         Defendants.             |

18        I, Jeff Timmermans, of London, Ontario, Canada declare as follow:
19        1.     I make this declaration based on personal knowledge and, if called upon to testify,
20 would testify competently as stated herein.
21        2.     I am a licensed private investigator for Xpera Risk Mitigation and Investigation LP
22 ("Xpera"). Xpera was established in Canada in 1975 and provides investigation and risk mitigation
23 services. I have worked for Xpera since 2000 and currently serve as a Director of Investigations,
24 overseeing Xpera's investigative operations for the Southwest region of Ontario.
25        3.     Xpera was tasked by NagraStar LLC to purchase the internet streaming television
26 service referred to as Sharma IPTV (the "Service") from Defendant Vaneet Sharma. The purchase
27 was conducted by an Xpera investigator working under my direction and supervision. I reviewed
28 the report corresponding with this purchase of the Service in preparing this declaration and relevant

portions of that report are attached as <u>Exhibit 1</u>. Redactions were made to the report to protect the alias that was used in making the undercover purchase. The purchase records and communications contained in the report are true and correct copies of the originals. The report is referred to herein by the page number that appears in the lower right corner of each page.

4. On November 22, 2023, Xpera purchased a set-top box and 12-month subscription to the Service using PayPal for $250 (plus $20 in shipping fees for a total of $270). (Ex. 1 at 2, 6-7.) The recipient of the PayPal payment was "astro vastu solutions llc," having the email address vaneetsharma@vastuexpertusa.com. (*Id.* at 2, 5.)

5. On November 23, 2023, the seller of the Service, who identified himself as Vaneet Sharma, requested that Xpera provide a Google review under his business page located at "Astro Vastu Solution – Dr. Vaneet Sharma." (*Id.* at 7.) Xpera provided the review but was later asked by Sharma to change the review to state: "Sharma iptv is best and [V]aneet provides perfect customer service. Cheap and affordable prices for all channels. I like sharma iptv most." (*Id.* at 8-9.)

6. On November 28, 2023, Xpera received an email from PayPal stating that the $270 payment that Xpera made for the Service was refunded. (*Id.* at 3, 9.) Xpera also received an email from Sharma demanding that Xpera delete the Google review and threatening to report Xpera to the police, even though Sharma requested that Google review. (*Id.* at 9-10.) Sharma stated that his partners told him to remove all reviews related to the Service and refund users that provided reviews to ensure there is no record of such transactions as "iptv is not legal" and "dish or direct TV can give me and partners trouble." (*Id.* at 10.) Sharma previously warned Xpera to "be careful because [those] bastards at dish network are giving me a hard time." (*Id.* at 4.)

7. On December 8, 2023, Xpera received a package containing the set-top box that was purchased in conjunction with the Service. (*Id.* at 12.) On December 9, 2023, Sharma asked Xpera to provide the MAC address of the set-top box to activate the Service. (*Id.*) Xpera provided the MAC address to Sharma and he confirmed that the Service was activated, stating "Service started. All channels added." (*Id.* at 13.)

8. Between December 13, 2023 and January 8, 2024, Sharma corresponded with Xpera concerning alternative means of paying for the set-top box and Service, as Xpera's previous PayPal

payment was refunded as set forth above. (*Id.* at 13-17.) Sharma informed Xpera that he prefers to use Zelle rather than PayPal, stating: "I don't want Tax. PayPal is tax," and "I took money from PayPal and my partner didn't like it." (*Id.* at 5, 14.) However, Sharma ultimately agreed to accept payment through PayPal, but this time directed Xpera to send payment under "family and friends" and to state that the payment was made for "astrology consultation" in the note accompanying the payment. (*Id.* at 17.) On January 8, 2024, Xpera resubmitted payment of $270 by PayPal to "astro vastu solutions llc." (*Id.* at 17-19.)

9. On January 12, 2024, Xpera received a second notification from PayPal stating that the $270 payment was once again refunded, along with a message from Sharma stating "you were never my client or availed of any of my services." (*Id.* at 3, 21-22.) Xpera inquired about the second refund and Sharma stated that he will no longer accept PayPal, only Zelle, because "Dish and some other companies have been catching people." (*Id.* at 23.)

10. On January 22, 2024, Sharma instructed Xpera to resubmit payment to his friend in Canada using the UK-based payment processor, Wise. (*Id.* at 24.) Sharma told Xpera to reference "Vaneet Sharma" when making the payment and "don't say iptv." (*Id.*) On January 24, 2024, Xpera resubmitted payment of $350 (Canadian dollars) by Wise to the individual identified by Sharma. (*Id.* at 25-26.) Sharma acknowledged receiving the payment and advised Xpera that this method of payment "is right way moving forewards." (*Id.* at 27.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 5, 2024.

Jeff Timmermans