# EXHIBIT 1



**CONFIDENTIAL**

## REGIONAL OFFICES

**BC** | Kelowna
Nanaimo
Vancouver
Victoria

**AB** | Calgary
Edmonton

**SK** | Regina
Saskatoon

**MB** | Winnipeg

**ON** | Barrie
Hamilton
Kingston
London
Ottawa
St. Catharines
Sudbury
Toronto
Trenton
Waterloo
Windsor

**QC** | Montreal

**NB** | Moncton

**NS** | Halifax

**NL** | St. John's

# SUPPLEMENTARY INVESTIGATION REPORT

| | |
|---|---|
| Our File No.: | IN-36-13546-1 |
| Subject of Investigation: | IPTV - SHARMA, Vaneet |
| Requested By: | Yves Remillard<br>Nagrastar LLC |
| Investigator: | Yogesh Gouni – License # 11326165 |
| Reporting Date: | January 25 , 2024 |





4295 King Street East, Unit #201 Kitchener ON N2P 0C6

**T:** 519-884-6352 **Toll Free:** 800-253-1666 **F:** 519-884-3853 **www.xpera.ca**

The information contained herein is classified as "PRIVILEGED and CONFIDENTIAL" in anticipation of litigation and is expressly for the interest of our client and their legal representatives. This report and any information acquired in its preparation and communicated to the client before, at the same time or thereafter in connection with this report, is to be kept in STRICT CONFIDENCE by the client for whom it is reported. The client acknowledges and hereby confirms that in accepting this report he or she agrees to hold the same in STRICT CONFIDENCE and that the report and all information contained herein is for his or her exclusive use and agrees to be responsible for any and all damages and costs arising out of the improper use or release of same.

**SITUATION:**

Xpera Investigations was tasked with contacting and conducting a product purchase from Mr. Vaneet Sharma through the WhatsApp number (925) 915-9739. The below advertisement was provided as the basis for our inquiries.



**SUMMARY:**

- Mr. Sharma was first contacted by the investigator through WhatsApp, at the number (925) 915-9739 on November 21, 2023. The investigator introduced himself and requested to make an IPTV purchase. Mr. Sharma quoted USD $250 for the box and USD $20 for shipping. The investigator transferred the amount to his PayPal account associated with the email – vaneetsharma@vastuexpertusa.com.   on November 22, 2023.

- On November 23, 2023. Mr. Sharma requested the investigator to write a review on his Google page (Astro Vastu Solution – Dr Vaneet Sharma), and offered to provide a free month of IPTV service in

return.  A review was written as per the request.

- Mr. Sharma shipped the IPTV box on November 27, 2023. However, on November 28, the investigator received a refund of USD $270 from Mr. Sharma, along with an email request from the subject to delete the above mentioned google review. The investigator subsequently inquired about this and was told that the subject's partner did not want online reviews nor a record of the payment. The subject then requested that the payment be made through the Zelle, online payment method. Since, it is not possible to access Zelle from Canada, the investigator requested some time to determine how to make the money transfer.

- There were periodic WhatsApp interactions with the subject regarding how to make the payment. It should be noted that Mr. Sharma was adamant about receiving the payment through the Zelle online method. However, on January 8, 2024, he agreed to accept payment through PayPal. The investigator immediately paid the subject USD $270 to the PayPal account associated with the email ID – vaneetsharma@vastuexpertusa.com.

- On January 8, 2024, the investigator inquired as to how he could sell subscriptions to other customers. Mr. Sharma suggested the Investigator purchase "credits" from him and sell "panels" to the customers. The subject advised that he had multiple servers available and would give a free test of the servers, and let the investigator decide which ones to choose from.

- On January 12, we received notification that our PayPal payment was once again refunded and the subject advised he would not take PayPal payments and requested payment through Zelle again.  We inquired if he knew anyone in Canada we could facilitate payment through and he provided the name of a "friend", Ahmed Goreja and instructed us to pay this person through the Wise payment app and send the funds to fox_its@outlook.ie.  Payment was made and the subject confirmed receipt.  He advised that this was the right way moving forward and to advise when we were ready to make further purchases.

- Full details of our correspondence with Mr. Sharma have been included below in screenshots from WhatsApp.

- Any further correspondence with Mr. Sharma will be forwarded under a separate cover.

## INQUIRIES:

Mr. Sharma was initially contacted on November 21, 2023, through WhatsApp, to the number (925) 915-9739.

Note – " Ji " is a suffix in the Hindi language, typically added at the end of a person's name, word or sentence as a sign of respect.




As evident in the text message the investigator introduced himself and shared his interest in purchasing an IPTV subscription for personal use in addition to selling subscriptions at his store. The subject requested a MAC address, panel preference and was willing to provide a trial of three different servers. As the investigator was unfamiliar with this terminology, he requested time to research this.




Mr. Sharma responded to the investigator on November 22, 2023, and inquired about purchase. He initially wanted the payment to be made through the online payment portal "Zelle". As this was not possible in Canada, Mr. Sharma eventually agreed to accept payment through PayPal, associated with the email ID – vaneetsharma@vastuexpertusa.com.





USD $270 was transferred to the subject via PayPal. Mr. Sharma advised that the box would be shipped on Monday, November 27, 2023.




On November 23, 2023, the subject requested the investigator write a Google review on his page Astro Vastu Solution – Dr Vaneet Sharma, and in return offered a free one month subscription to IPTV. The investigator wrote the review as requested.






On November 27, 2023, the subject advised that he had shipped the box and further advised that he provided the investigator with the "4k Spice Server".




On November 28, 2023, the investigator contacted the subject in response to the PayPal payment being refunded and a request by the subject to delete the Google review that had been written at his request. The subject responded by saying that his partner did not want to keep a record of the transaction nor show any online reviews relating to any IPTV purchases.

Mr. Sharma subsequently requested that payment be made through the online payment service "Zelle". The investigator advised that some time would be needed to research the "Zelle" payment method.





The investigator enquired about what is a 4K spice server, to which the subject said, it was a server with Indian content and there are other servers such as Smart, Gold, Jii.





A MAC address was provided to the subject on December 11, 2023, after which he activated the service. Mr. Sharma also advised that he would soon be providing a PayPal account to make the payment.





On December 13, 2023, the subject again requested that the investigator make the payment through the "Zelle" online method.





On January 5, 2024, the investigator suggested he mail cash to Mr. Sharma as it would not be possible for him to withdraw a Canadian cheque in US Funds.  The subject agreed and asked to send it to his residence at 4975 Camino Tassajara, Danville, California, 95056.

On January 8, 2024, the investigator attempted to mail cash to the subject's residence, however it was subsequently learned that sending cash through the postal service was prohibited. This was conveyed to the subject, who then agreed to receive payment via PayPal associated with the email ID – vaneetsharma@vastuexpertusa.com and he also stated to "do PayPal family and friends."  The investigator completed the payment of USD $270 via PayPal, with transaction ID 04W93056R5877390P.



The investigator inquired with Mr. Sharma as to how he could sell subscriptions to customers. The subject replied that he could purchase credits from him and sell "Panels" to customers. The subject advised that he had multiple servers available and that he would provide the investigator with a free test of the servers, and let the investigator decide which ones to choose from.







On January 12, 2024, we received notification that our payment to PayPal was refunded again, along with a message that indicated "you were never my client or availed any of my services." We subsequently followed up with the subject to inquire why the PayPal payment was refunded again. In subsequent conversations, the subject advised that he will not be taking PayPal money, indicating "Dish and some other companies have been catching people." He again requested we make payment through Zelle.





We then inquired with the subject if he knows anyone in Canada that we could send funds to that could subsequently pay the subject. He advised that he knows someone in Brampton that we could send funds through Wise. He requested we send $350 CAN to fox_its@outlook.ie and indicated when sending payment "don't say iptv. Say hardware payment or Box payment." They payment will be sent to his friend Ahmed Goreja, in Canada. He requested we put reference: Vaneet Sharma.





On January 24, 2024, a payment of $350 was sent to fox_its@outlook.ie through the Wise payment app, with transaction # 942783552.   We advised the subject that payment was sent.  He confirmed that it was received and to let him know when we are ready for panel and box.  He also indicated that this is the right way moving forwards.



