Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C.
and Sling TV L.L.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., | Case No. 3:24-cv-00961-JSC |
| Plaintiffs, | **DECLARATION OF TIMOTHY FRANK** |
| v. | |
| VANEET SHARMA and ASTRO VASTU SOLUTIONS LLC, | |
| Defendants. | |

I, Timothy Frank, declare as follow:

1.      I am a partner at the law firm Hagan Noll & Boyle LLC, counsel for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. I make this declaration based on my personal knowledge and, if called on to testify, would competently testify as stated herein. I submit this declaration in support of Plaintiffs' motion for preliminary injunction.

2.      Attached as Exhibit 1 is a true and correct copy of an order in the case *DISH Network L.L.C. v. Barcan*, No. 4:21-cv-2384 (S.D. Tex.).

3.      Attached as Exhibit 2 is a true and correct copy of orders in the case *DISH Network L.L.C. v. Droid Tech. LLC*, No. 8:19-cv-672-T-02AEP (M.D. Fla.).

4.      Attached as Exhibit 3 is a true and correct copy of orders in the case *DISH Network L.L.C. v. SET Broadcast LLC*, No. 8:18-cv-01332-T-33AAS (M.D. Fla.).

1          I declare under penalty of perjury that the foregoing is true and correct.

2   Executed on February 20, 2024.

3

4                               */s/ Timothy Frank*
                                 Timothy Frank