# "DECLARATION OF GREGORY DUVAL FILED UNDER SEAL"