# EXHIBIT 1

















