# "DECLARATION OF NIGEL JONES FILED UNDER SEAL"