Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C.
and Sling TV L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> VANEET SHARMA and ASTRO VASTU SOLUTIONS LLC, <br><br> Defendants. | Case No. 3:24-cv-00961-JSC <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME** |

The parties stipulate as follows:

1. Plaintiffs filed their motion for preliminary injunction on February 20, 2024. (Doc. 8.) Plaintiffs attempted to personally serve Defendants with the motion but were unsuccessful. The motion was mailed to Defendants on March 1, 2024. Defendants also accepted service of the motion by electronic means, and were electronically served, on March 4, 2024. Defendants' response to the motion was due on March 5, 2024. The motion is set for hearing on March 28, 2024.

2. The current schedule does not allow sufficient time for briefing on Plaintiffs' motion for preliminary injunction. In addition, pursuant to Fed. R. Civ. P. 26(d), the parties stipulated to conduct limited, third-party discovery that is expected to be useful in resolving this dispute. Thus, pursuant to Civil L.R. 6-1(b), the parties stipulate to continue the hearing on Plaintiffs' motion for preliminary injunction to **May 30, 2024** at 10:00 a.m. The parties further stipulate that Defendants

will respond to the motion by **May 2, 2024**, and Plaintiffs will file their reply by **May 16, 2024**.

3. The parties have not previously requested a time modification in this case. The time modifications requested in this stipulation will not affect any other deadlines in the case, including those deadlines set forth in the Court's Initial Case Management Scheduling Order. (Doc. 7.) The filing attorney attests that Defendants have concurred in the filing of this stipulation.

/s/ Timothy M. Frank
Timothy M. Frank (CA Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network
L.L.C. and Sling TV L.L.C

/s/ Vaneet Sharma
Vaneet Sharma
vaneetsharma@vastuexperusa.com

Defendant, *Pro Se* (and officer of Defendant Astro Vastu Solutions LLC)

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Hon. Jacqueline Scott Corley
United States District Judge