Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C.
and Sling TV L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> VANEET SHARMA and ASTRO VASTU SOLUTIONS LLC, <br><br> Defendants. | Case No. 3:24-cv-00961-JSC <br><br> **DECLARATION OF TIMOTHY FRANK** |

I, Timothy Frank, declare as follow:

1. I am a partner at the law firm Hagan Noll & Boyle LLC, counsel for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. I make this declaration based on my personal knowledge and, if called on to testify, would competently testify as stated herein. I submit this declaration in support of the parties' stipulation to change deadlines. The case was recently filed and Defendants have not yet retained counsel.

2. Plaintiffs filed their motion for preliminary injunction on February 20, 2024. (Doc. 8.) Plaintiffs attempted to personally serve Defendants with the motion but were unsuccessful. The motion was mailed to Defendants on March 1, 2024. Defendants also accepted service of the motion by electronic means, and were electronically served with the motion, on March 4, 2024.

3. Defendants' response to the motion was due on March 5, 2024. The motion is set

for hearing on March 28, 2024. The current schedule does not allow sufficient time for briefing on Plaintiffs' motion. In addition, pursuant to Fed. R. Civ. P. 26(d), the parties stipulated to conduct limited, third-party discovery that is expected to be useful in resolving this dispute. Accordingly, the parties are requesting that the Court continue the hearing on Plaintiffs' motion for preliminary injunction and extend the time for response and reply briefs, as set forth in their stipulation.

4. The parties have not previously requested a time modification in this case. The time modifications requested in the stipulation will not affect any other deadlines in the case, including those deadlines set forth in the Court's Initial Case Management Scheduling Order. (Doc. 7.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2024.

*/s/ Timothy Frank*
Timothy Frank
*Counsel for Plaintiffs*