DEFENDANT
Vaneet Sharma
500 E. CALAVERAS STE 200
MILPITAS, CA 95035
Tel: 925-628-3334

CASE TITLE

DISH NETWORK L.L.C. ETAL.   PLAINTIFF

Vs.

VANEET SHARMA, DEFENDANT

CASE NO: Civil Action No: 3:24-CV-00961-JSC

**FILED**

APR 24 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

I, Vaneet Sharma, am appearing and representing myself in the above civil action.

I request the court clerk to kindly assist me, as needed, to process and serve documents to other parties.

Thanking You,

Sincerely,

Vaneet Sharma
April, 24, 2024