Timothy M. Frank (CA Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Fax: (713) 758-0146

Attorney for Plaintiffs DISH Network
L.L.C. and Sling TV L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>VANEET SHARMA and ASTRO VASTU SOLUTIONS LLC,<br><br>Defendants. | Case No. 3:24-cv-00961-JSC<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. provide notice that all claims against Defendants Vaneet Sharma and Astro Vastu Solutions LLC are dismissed without prejudice.

Dated: April 25, 2024.

/s/ Timothy M. Frank
Timothy M. Frank (CA Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Fax: (713) 758-0146

Attorney for Plaintiffs DISH Network
L.L.C. and Sling TV L.L.C.

**CERTIFICATE OF SERVICE**

     I certify that Plaintiffs' Notice of Dismissal was served on Defendants on April 25, 2024 by sending a copy to Defendants by United States mail, deposited in Houston, Texas, to the following last known addresses of Defendants:

Vaneet Sharma
4975 Camino Tassajara
Danville, California 94506

Astro Vastu Solutions LLC
500 East Calaveras, Suite 200
Milpitas, California 95035

_____
Aleksandra Bajd